UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent.

   v.

JORGE LEMUS-GONZALEZ,

        Movant.

                NO. CR. S-11-255 LKK

<u>O R D E R</u>

The court has received what it perceives to be a motion for a certificate of appealability.

That motion is DENIED.

IT IS SO ORDERED.

DATED: July 30, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1